A. W. DORMAN, Respondent, *vs.* GEO. F. AMES & GULFORD D. GEORGE, Appellants.

(This cause involved the same questions arising in the foregoing case of Powers *vs.* Ames & George, and the same decision made as in that case.)